Opinion filed April 6, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed April 6, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00004-CR 

                                                    __________

 

                             ROSENDO THOMAS GARCIA, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 42nd District Court

 

                                                          Taylor
County, Texas

 

                                                 Trial
Court Cause No. 21,830-A

 



 

                                                                   O
P I N I O N

Rosendo Thomas Garcia
has filed in this court a motion to dismiss his appeal.  The motion is signed by both appellant and
his attorney. The motion is granted.

The appeal is dismissed.

 

April 6,
2006                                                                            PER
CURIAM

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.